**No. 46791.**—Petition 6089–R of Davison-Paxon Co. (Savannah).

Opinion by WALKER, J. It appeared from the testimony that in the instant case the discounts were greater than on prior importations. The court was of the opinion that this should have placed the officials of the petitioning company on notice so that an inquiry should have been made to determine whether the invoiced and entered prices actually represented the dutiable value of the goods. The petition was therefore denied. *Lowe v. United States* (15 Ct. Cust. Appls. 418, T. D. 42590) cited.

**No. 46792.**—Petition 5884–R of Hahn Dept. Stores Purchasing Corp. (New York).

Opinion by WALKER, J. The petition was dismissed.

BEFORE THE SECOND DIVISION, JANUARY 8, 1942

**No. 46793.**—Petition 6067–R of Samuel D. Leidesdorf, trustee in bankruptcy of American Merchandise Co., Inc. (New York).

Opinion by TILSON, J. The petition was dismissed.

**No. 46794.**—Protest 73011–K of New York Mdse. Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the dime savings banks in question are similar in all material respects to those the subject of Abstract 42749 the claim at 40 percent under paragraph 339 was sustained.

**No. 46795.**—Protest 68184–K of L. Oppleman, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the machines in question are the same in all material respects as those the subject of *Oppleman v. United States* (2 Cust. Ct. 79, C. D. 91) the claim at 25 percent under paragraph 372 was sustained.